Opinion issued June 4, 2013.



In The

# Court of Appeals

For The

# First District of Texas

**NO. 01-12-00620-CV**

**KEN GROSS, BETSY GROSS, IMPACT HEALTH, INC. D/B/A IMPACT ESTATES, Appellants**

**V.**

**RICHARD H. LASH AND JODI G. LASH, Appellees**

**On Appeal from the 236th District Court
Tarrant County, Texas[1]
Trial Court Cause No. 23623020708**

## MEMORANDUM OPINION

---

[1]     The Texas Supreme Court transferred this appeal from the Court of Appeals for the Second District of Texas. Misc. Docket No. 12-9107 (Tex. June 18, 2012); *see* Tex. Gov't Code Ann. § 73.001 (West 2005) (authorizing transfer of cases).

The parties have filed a joint motion to vacate the trial court's judgment and dismiss the appeal. No opinion has issued.

Based on the parties' request, and without reference to the merits, we:

(1)     **vacate** the **trial court's judgment** in all things; TEX .R. APP. P. 43.2(e);

(2)     **order** that costs be paid by the party incurring same; and

(5)     **dismiss** the **appeal**. TEX. R. APP. P. 43.2(f).

It is so **ORDERED.**

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.